IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HMC INCORPORATED, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-3285 |
| | : | |
| COMPLETE BUSINESS SOLUTIONS GROUP, INC. et al. | : : | |

**<u>ORDER</u>**

AND NOW, this 20th day of August, 2019, it is ORDERED oral argument on Defendant Complete Business Solutions Group, Inc.'s Motion to Dismiss (Document 5) will be held on September 19, 2019, at 10:00 a.m. in Courtroom 14B.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, C.J.