**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HMC INCORPORATED AND KARA DIPIETRO,<br><br>Plaintiffs,<br><br>v.<br><br>COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING and FAST ADVANCE FUNDING, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:  Case No. 19-cv-03285<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS COMPLETE BUSINESS SOLUTIONS GROUP, INC. AND FAST ADVANCE FUNDING, INC.'S MOTION FOR SUMMARY JUDGMENT**

| EX. # | DESCRIPTION | APPX START # | APPX END # |
|---|---|---|---|
| 1 | Excerpts of Kara DiPietro Deposition (7/6/20) | N/A | N/A |
| 2 | Excerpts of Kara DiPietro Deposition (7/7/20) | N/A | N/A |
| 3 | Excerpts of Joshua Persing Deposition (3/12/20) | N/A | N/A |
| 4 | Excerpts of Joshua Persing Deposition (7/9/20) | N/A | N/A |
| 5 | Excerpts of Gerald Dzurek Deposition (3/12/20) | N/A | N/A |
| 6 | Excerpts of Joseph Louis Cole Barleta Deposition (6/30/20) | N/A | N/A |
| 7 | Excerpts of Wendy Lyday Deposition (6/29/20) | N/A | N/A |
| 8 | Excerpts of John Duross O'Bryan, CPA Deposition (7/17/20) | N/A | N/A |
| 9 | Excerpts of Aida Lau Deposition (6/29/20) | N/A | N/A |
| 10 | Excerpts of Charles Lunden Deposition | N/A | N/A |
| 11 | Excerpts Christopher J. Hoffman Deposition (6/4/20) | N/A | N/A |
| 12 | Excerpts of David Freeland Deposition (6/4/20) | N/A | N/A |
| 13 | Excerpts of Stephen Dabrowski Deposition (6/30/20) | N/A | N/A |
| 14 | Potomac Construction Services' Responses to Deposition by Written Questions | APPX. 0001 | APPX. 0005 |
| 15 | Pls.' First Amended Complaint, ECF No. 10 | APPX. 0006 | APPX. 0039 |
| 16 | Defs' First Am. Answer with Affirmative Defenses and Counterclaims, ECF No. 15 | APPX. 0040 | APPX. 0072 |
| 17 | CBSG's Am. Answer with Affirmative Defenses, ECF No. 19 | APPX. 0073 | APPX. 0099 |

| EX. # | DESCRIPTION | APPX START # | APPX END # |
|---|---|---|---|
| 18 | Pls.' Answer to Defs.' Counterclaims, ECF No. 18 | APPX. 0100 | APPX. 0110 |
| 19 | First Confession of Judgment (19-cv-02777) | APPX. 0111 | APPX. 0127 |
| 20 | Second Confession of Judgment (19-cv-04747) | APPX. 0128 | APPX. 0143 |
| 21 | Ltr. from S. Heskin to Hon. Juan R. Sánchez (4/7/20) | APPX. 0144 | APPX. 0148 |
| 22 | Pls.' Interrogatory Answers, No. 4, 10 | APPX. 0149 | APPX. 0164 |
| 23 | Affidavit of K. DiPietro (6/19/19) | APPX. 0165 | APPX. 0169 |
| 24 | Affidavit of J. Timothy Hodges | APPX. 0170 | APPX. 0171 |
| 25 | Affidavit of J. Cole (7/22/20) | APPX. 0172 | APPX. 0174 |
| 26 | Affidavit of Steve Wiley | APPX. 0175 | APPX. 0176 |
| 27 | Affidavit of Clif Fesler | APPX. 0177 | APPX. 0179 |
| 28 | Expert Report of J. Duross O'Bryan with attachments | APPX. 0180 | APPX. 0297 |
| 29 | Expert Report of Charles Lunden | APPX. 0298 | APPX. 0419 |
| 30 | Factoring Agreement dated 2/15/2018 | APPX. 0420 | APPX. 0440 |
| 31 | Factoring Agreement dated 3/16/2018 | APPX. 0441 | APPX. 0459 |
| 32 | Factoring Agreement dated 3/29/2018 | APPX. 0460 | APPX. 0478 |
| 33 | Factoring Agreement dated 4/17/2018 | APPX. 0479 | APPX. 0497 |
| 34 | Factoring Agreement dated 4/24/2018 | APPX. 0498 | APPX. 0516 |
| 35 | Factoring Agreement dated 5/7/2018 | APPX. 0517 | APPX. 0535 |
| 36 | Factoring Agreement dated 5/7/2018 | APPX. 0536 | APPX. 0554 |
| 37 | Factoring Agreement dated 5/7/2018 | APPX. 0555 | APPX. 0573 |
| 38 | Four Factoring Agreements dated 5/17/2018 | APPX. 0574 | APPX. 0595 |
| 39 | Two Factoring Agreements dated 5/18/2018 | APPX. 0596 | APPX. 0615 |
| 40 | Three Factoring Agreements dated 5/31/2018 | APPX. 0616 | APPX. 0636 |
| 41 | Three Factoring Agreements dated 6/1/2018 | APPX. 0637 | APPX. 0657 |
| 42 | Factoring Agreement dated 6/5/2018 | APPX. 0658 | APPX. 0676 |

| EX. # | DESCRIPTION | APPX START # | APPX END # |
|---|---|---|---|
| 43 | Nine Factoring Agreements dated 6/8/2018 | APPX. 0677 | APPX. 0703 |
| 44 | Eight Factoring Agreements dated 6/14/2018 | APPX. 0704 | APPX. 0729 |
| 45 | Factoring Agreement dated 7/18/2018 | APPX. 0730 | APPX. 0750 |
| 46 | Factoring Agreement dated 7/26/2018 | APPX. 0751 | APPX. 0771 |
| 47 | Three Factoring Agreements dated 8/7/2018 | APPX. 0772 | APPX. 0794 |
| 48 | Two Factoring Agreements dated 8/21/2018 | APPX. 0795 | APPX. 0816 |
| 49 | Factoring Agreement dated 8/24/2018 | APPX. 0817 | APPX. 0838 |
| 50 | Factoring Agreement dated 10/3/2018 | APPX. 0839 | APPX. 0861 |
| 51 | Two Factoring Agreements dated 10/12/2018 | APPX. 0862 | APPX. 0884 |
| 52 | Three Factoring Agreements dated 11/2/2018 | APPX. 0885 | APPX. 0909 |
| 53 | Factoring Agreement dated 12/5/2018 | APPX. 0910 | APPX. 0933 |
| 54 | Factoring Agreement dated 12/5/2018 | APPX. 0934 | APPX. 0955 |
| 55 | Three Factoring Agreements dated 12/7/2018 | APPX. 0956 | APPX. 0981 |
| 56 | Factoring Agreement dated 12/19/2018 | APPX. 0982 | APPX. 1005 |
| 57 | Factoring Agreement dated 2/27/2019 | APPX. 1006 | APPX. 1030 |
| 58 | Factoring Agreement dated 5/3/2019 | APPX. 1031 | APPX. 1056 |
| 59 | Reliant Funding MCA Agreement | APPX. 1057 | APPX. 1076 |
| 60 | Exhibit H to Second Confession of Judgment | APPX. 1077 | APPX. 1110 |
| 61 | Hensel Phelps Job Audit Report | APPX. 1111 | APPX. 1113 |
| 62 | Sandy Spring Bank Statements Excerpts and Canceled Checks (showing payments to White & Williams) (5801) (August 2019-Oct 2020) | APPX. 1114 | APPX. 1125 |
| 63 | Plaintiffs' Bank Statements TD Bank 4186 (6/11/18-5/23/19) | APPX. 1126 | APPX. 1264 |
| 64 | Plaintiffs' Bank Statements Bay Bank 2354 (1/31/18-6/29/18) | APPX. 1265 | APPX. 1329 |
| 65 | Plaintiffs' Bank Statements Bay Bank 3377 (4/24/18-6/29/18) | APPX. 1330 | APPX. 1384 |

| EX. # | DESCRIPTION | APPX START # | APPX END # |
|---|---|---|---|
| 66 | Sandy Spring Canceled Checks Excerpts (showing payments from Hensel Phelps from August through November 2019) (5801) | APPX. 1385 | APPX. 1390 |
| 67 | TD Bank Statements 4186 (Dec. 2018-May 2019) | APPX. 1391 | APPX. 1459 |
| 68 | Oct. 2019 and Dec. 2019 Bank Statements (TD Bank, Sandy Spring 58-01) | APPX. 1460 | APPX. 1551 |
| 69 | HMC's Collection of Gratitude Book to CBSG | APPX. 1552 | APPX. 1572 |
| 70 | 2017 MD Small Business Person of the Year Award Article | APPX. 1573 | APPX. 1575 |
| 71 | U.S. Women's Chamber of Commerce Biography for DiPietro | APPX. 1576 | APPX. 1579 |
| 72 | HMC 2019 Management Chart | APPX. 1580 | APPX. 1581 |
| 73 | Email from K. DiPietro to E. Greissman (2/3/20) | APPX. 1582 | APPX. 1592 |
| 74 | Email from K. DiPietro to T. Villarose, et al. (12/14/18) | APPX. 1593 | APPX. 1595 |
| 75 | Email from K. DiPietro to J. Mack, et al. (4/19/19) with attachment | APPX. 1596 | APPX. 1623 |
| 76 | Email from K. DiPietro to J. Cole, et al. (10/22/18) | APPX. 1624 | APPX. 1627 |
| 77 | Email from J. Hallman to A. Keeler (6/13/19) | APPX. 1628 | APPX. 1630 |
| 78 | Collection of HMC Requests for Weekly Funding | APPX. 1631 | APPX. 1636 |
| 79 | Emails between K. DiPietro and A. Lau, et al. (12/3/18) | APPX. 1637 | APPX. 1639 |
| 80 | Collection of Discount Emails | APPX. 1640 | APPX. 1642 |
| 81 | Emails between A. Lau and K. DiPietro (11/8/18) | APPX. 1643 | APPX. 1646 |
| 82 | Emails between A. Lau and K. DiPietro, et al. (12/6/18) | APPX. 1647 | APPX. 1648 |
| 83 | Emails between A. Lau and K. DiPietro (12/7/18) | APPX. 1649 | APPX. 1652 |
| 84 | Email from L. Marianni to K. DiPietro, et al. (1/23/19) | APPX. 1653 | APPX. 1657 |
| 85 | Email from A. Lau to J. Mack, et al. (1/23/19) | APPX. 1658 | APPX. 1660 |

| EX. # | DESCRIPTION | APPX START # | APPX END # |
|---|---|---|---|
| 86 | Email from K. DiPietro to J. Persing (1/23/19) | APPX. 1661 | APPX. 1662 |
| 87 | Emails between A. Lau and K. DiPietro, et al. (2/14/19) | APPX. 1663 | APPX. 1665 |
| 88 | Email from A. Lau to K. DiPietro, et al. (1/23/19) | APPX. 1666 | APPX. 1669 |
| 89 | Email from A. Lau to J. Persing (4/16/19) | APPX. 1670 | APPX. 1672 |
| 90 | Emails between J. Persing and K. DiPietro, et al. (2/25/19) | APPX. 1673 | APPX. 1676 |
| 91 | Emails between J. Persing and K. DiPietro (4/16/19) | APPX. 1677 | APPX. 1678 |
| 92 | Emails between K. DiPietro and J. Mack (5/1/19) | APPX. 1679 | APPX. 1681 |
| 93 | Email from K. DiPietro to J. Mack (4/2/19) | APPX. 1682 | APPX. 1684 |
| 94 | Emails between K. DiPietro and J. Mack (5/2/19) | APPX. 1685 | APPX. 1687 |
| 95 | Emails between K. DiPietro and J. Mack, et al. (5/3/19) | APPX. 1688 | APPX. 1691 |
| 96 | Email from K. DiPietro to J. Cole, et al. (5/9/19) | APPX. 1692 | APPX. 1696 |
| 97 | HMC Quickbooks Transaction Detail by Account | APPX. 1697 | APPX. 1772 |
| 98 | Email from K. DiPietro to J. Persing, et al. (5/13/19) | APPX. 1773 | APPX. 1774 |
| 99 | DPR Bid List | APPX. 1775 | APPX. 1777 |
| 100 | Accounting Summary of Defendants' Transactions with HMC (To Be Filed Under Seal) | APPX. 1778 | APPX. 1916 |
| 101 | HMC Executive Summary Report | APPX. 1917 | APPX. 1935 |
| 102 | MCA Agreement with Kings Cash Group | APPX. 1936 | APPX. 1952 |
| 103 | MCA Agreement with HFH | APPX. 1953 | APPX. 1967 |
| 104 | MCA Agreement with YES Funding | APPX. 1968 | APPX. 1983 |
| 105 | MCA Agreement with High Speed Capital | APPX. 1984 | APPX. 2000 |
| 106 | MCA Agreement with Queen Funding | APPX. 2001 | APPX. 2014 |

| | |
|---|---|
| Dated: July 23, 2020 | Respectfully submitted:<br><br>**FOX ROTHSCHILD LLP**<br><br>By: /s/ Brett A. Berman<br>Brett A. Berman<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222<br>Telephone: (215) 299-2842<br>Fax: (215) 299-2150<br>bberman@foxrothschild.com<br><br>Jonathan D. Christman<br>10 Sentry Parkway<br>Suite 200, P.O. Box 3001<br>Blue Bell, PA 19422<br>Telephone: (610) 397-6500<br>Fax: (610) 397-0450<br>jchristman@foxrothschild.com<br><br>*Attorneys for Defendants Complete Business Solutions Group, Inc. d/b/a Par Funding and Fast Advance Funding, Inc.* |