# EXHIBIT 69



CBSG(HMC)0021851

HMC(000)002185

January 12, 2019

For your birthday HMC wanted to give you the gift of gratitude.

The pages that follow are a collection of projects HMC completed in 2018. You and everyone at CBSG have played an integral role to in HMC's success.

Please consider this book as a show of gratitude from me and everyone at HMC. We look forward to building more success in 2019.



Table of Contents

Smithsonian of American History

Sofitel Washington, DC - Lafayette Square

1405 POINT

Ravens M&T Bank Stadium Solidcore

Merriweather Post Pavilion - Two Merriweather

Kaiser Permanente

Capital One Village

Virginia Commonwealth University Medical Center

Blue Bottle Coffee



Smithsonian
National Museum
of American History
Stars & Stripes Cafe
Food Service Renovation
Washington, DC
2018

HMC(JWM)0021855







HMC002185 9



Sofitel
Washington, DC
Lafayette Square
Historic Renovation
2018

HMC(002)21857



HMC(C)0021858



1405 POINT
Baltimore, MD
Harbor Point
Redevelopment
Located
Between Harbor East and
Fells Point
2018

HMC(002)21859



HMC(002)021860



Ravens
M&T Bank Stadium
Baltimore, MD

Stadium Improvements

2018

HMC0021861



SOLIDCORE

Tentant Fit-out

Pilates & Bootcamp

Redefined

Baltimore, MD
Pittsburgh, PA
Aventura, FL



CWH(OWH)002 1863



HMC_0021864



Kaiser Permanente Expansion

Capitol Hill Medical Center
Washington, DC

2018

CASE(MC)0021865



Capital One Village Refresh

BlueFit Cafe

Richmond, VA 2018

VCUHMC0021866



Virginia Commonwealth University
Medical Center
Schematic Design, Design
Development, Construction
Administration
2017-2018

APPX. 1568

HMC(002)021867



Blue Bottle Coffee
Tenant Fit-out
Washington, DC

Georgetown
The Warf
Union Station

2018



OWI(002)0021869

I DON'T THINK, LOOKING AT THINGS THROUGH THE PRISM OF FEAR, IS GOING TO ACCOMPLISH ANYTHING

-RUSH LIMBAUGH



Capricorn Horoscope 2019: New Heights May Begin to Actualize for You. It seems that you are lucky and fortunate for most of the year. If you have any of your long-term plans waiting, or thinking to initiate something new, hold on that for a while because Saturn and Uranus will meet in a harmonious setting, in the second half of the year which is likely to give wonderful results in August and September. Sky is the limit and there are chances for you to achieve new heights and set remarkable standards, so says your

Capricorn horoscope 2019.

SAHARA & DRITTO

ILLUMINATE

