# EXHIBIT 74

Message

| | |
|---|---|
| **From**: | Kara DiPietro [k.dipietro@hmcincorporated.com] |
| on behalf of | Kara DiPietro <k.dipietro@hmcincorporated.com> [k.dipietro@hmcincorporated.com] |
| **Sent**: | 12/14/2018 9:35:58 PM |
| **To**: | Tori Villarose [tori@parfunding.com]; Joe Mack [joe@parfunding.com] |
| **Subject**: | 12-12-2018 First Kinetic Deal #0001 |
| **Attachments**: | Dzurek Group LLC eStmt_2018-09-28.pdf; Dzurek Group LLC eStmt_2018-10-31.pdf; Dzurek Group LLC eStmt_2018-11-30.pdf; GD KINETIC CAPITAL APPLICATION.pdf |

Mr. Dzurek started The Dzurek Group in 2015 after he sold his construction firm.

In 2015 he formed the The Dzurek Group and has run it as a sole proprietorship for the first few years. Since he did not have employees he did not need an EIN #

He is now actively growing the firm and has received several new projects. He registered The Dzurek Group as an LLC about three months ago.

He is requesting 200,000 – 250,00 for working capital that he will use to upgrade software, buy work stations for new employees as well cover travel costs upfront to visit project sites.

He does have an IRS lien – which was cause when he transferred his permanent from Los Angeles to Las Vegas.  His accountant is working with the IRS to settle the liability.



**From:** Tori Villarose <tori@parfunding.com>
**Sent:** Friday, December 14, 2018 4:23 PM
**To:** Joe Mack <joe@parfunding.com>
**Cc:** Kara DiPietro <k.dipietro@hmcincorporated.com>
**Subject:** Re: First Kinetic Deal

Hey Kara, Per our conversation I'm looking out for your email. As soon as I get it, I will upload it and tag your user name on it so you can follow it. If you need anything else give me a call, otherwise enjoy your weekend!

On Fri, Dec 14, 2018 at 4:17 PM Joe Mack <joe@parfunding.com> wrote:
> No. Because we are efficient
>
> Sent from my iPhone
>
> On Dec 14, 2018, at 4:08 PM, Kara DiPietro <k.dipietro@hmcincorporated.com> wrote:
>
>> Hi Tori - I'm in Converge Hub, and have added new prospect. I pressed save and it's been loading a long time. I left you a message with Maria. If you can, give me a call. If not, no big deal if it's not until Monday.
>>
>> Thanks,
>> K
>>
>> Kara A. DiPietro

--

Victoria Villarose]

[Processing Manager]

20 N 3rd St
Philadelphia, PA 19106

Office: (215) 501-7467

Fax: (888) 305-7562

[tori]@parfunding.com

CBSG(HMC)0017246