IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HMC INCORPORATED and KARA DIPIETRO,<br><br>Plaintiffs,<br><br>v.<br><br>COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING and FAST ADVANCE FUNDING, INC.,<br><br>Defendants. | Civil Action No. 19-cv-03285-JS |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2020, upon consideration of Defendants Complete Business Solutions Group, Inc. and Fast Advance Funding, Inc.'s ("Defendants") Motion to Withdraw Jonathan D. Christman as Attorney, and for good cause shown, it is hereby **ORDERED** and **DECREED** that Defendants' Motion is **GRANTED**.

The appearance of Jonathan D. Christman on behalf of Defendants is **WITHDRAWN**.

BY THE COURT:

_____
**Juan R. Sánchez**
**UNITED STATES DISTRICT JUDGE, CHIEF**